# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VICTORIA WOLWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-cv-4533 |
| ) | |
| PANAMERICAN CONSULTING, LLC, ) | |
| ) | |
| Defendant. ) | |

## AGREED PROPOSED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND AND FOR COSTS AND ATTORNEYS' FEES FOR IMPROPER REMOVAL

NOW COMES Panamerican Consulting, LLC, by and through undersigned counsel, and, following additional consultation with the attorneys for Plaintiff Victoria Wolworth, submits this proposed agreed briefing schedule for her pending motion to remand and for costs and attorneys' fees:

1. Defendant's Response Brief is due in twenty-eight (28) on July 24, 2024.

2. Plaintiff's Reply Brief is due twenty-one (21) days thereafter on August 14, 2024.

Dated: June 26, 2024

O'HAGAN MEYER, LLC

/s/ *Russell J. Brown*
One of the Attorneys for Defendant

Sean G. Rohan, Esq. # 6310029
Russell J. Brown, Esq. #6323683
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422.6100 (Telephone)
(312) 422.6110 (Facsimile)
srohan@ohaganmeyer.com
rbrown@ohaganmeyer.com
Firm No. 60938